IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| L & S LICENSING, INC., | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | Civil Action No. 1:07cv299 |
| v. | ) ) | **ENTRY OF DEFAULT** |
| AMERICA, THE BEAUTIFUL DREAMER, INC. | ) ) ) | |
| Defendant. | ) ) | |

WHEREAS it has been made to appear to the undersigned Clerk of the United States District Court for the Middle District of North Carolina, upon application and petition by plaintiff, by and through its attorney of record, that defendant America, the Beautiful Dreamer, Inc. has failed to plead or otherwise respond to the Complaint, which was properly served upon America, the Beautiful Dreamer, Inc., and that America, the Beautiful Dreamer, Inc. is subject to default as provided by the Federal Rules of Civil Procedure.

NOW, THEREFORE, default is hereby entered against America, the Beautiful Dreamer, Inc. as provided by Rule 55(a) of the Federal Rules of Civil Procedure.

This the 26th day of October, 2007.

    /s/ John S. Brubaker
United States District Court Clerk